### Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.
Judges—R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; Florence E. Allen, Cleveland; Robert H. Day, Massillon.
Clerk—Seba H. Miller, Springfield.
Deputy Clerks—Thos. J. Edwards, Lawrence J. Corcoran.
Regular Term—First Tuesday after first Monday of January, at Columbus.
Reporter—John W. L. Henney, Columbus; Bell.
Assistant Reporters—Clinton Collins, H L. Connett, Columbus.

### LAW LIBRARY
Librarian—John W. Shaw, Troy.
Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT
### NEW CASES FILED
#### Monday, March 12, 1923

17889—The Canton Art Metal Co. v. Harvey O. Wiley, Admr.; Stark county. Motion to certify record. Atty. for plaintiff., C. H. Workman, Mansfield, O.; Clark and Clark, Canton, O.; for defendant, Frank W. Sweitzer, Canton, O.

#### Tuesday, March 13, 1923

17900—The Mahoning Park Co. v. the Warren Home Development Co.; Trumbull county. Motion to certify record. Atty. for plaintiff, Fillius and Fillius, Warren, O.; for defendant, Buchwalter and Clark, Warren, O.

17901—Massachusetts Bonding and Insurance Co. v. the Ottawa Park Realty Co.; Lucas county. Motion to certify record. Atty. for plaintiff, Ritter and Hutchens, Toledo, O.; for defendant, Tracy, Chapman and Welles, Toledo, O.

#### Wednesday, March 14, 1923

17902—Wilbur H. Dean v. Anna McMullin; Champaign county. Motion to certify record. Atty. for plaintiff, Deaton, Bodey and Bodey, Urbana, O.; for defendant, Owen, Ware and Owen, Urbana, O.

#### Thursday, March 14, 1923

17903—The Board of County Commissioners of Hocking county, O., et al v. William Gilmore et al; Hocking county. Motion to certify record. Atty. for plaintiff, Phil A. Henderson, Pros. Atty., Logan, Ohio; H. M. Whitecraft, Logan, O.; M. A. Daugherty, Lancaster, O.; for defendant, Marshall and Fraser, Toledo, O., and Petit and Petit, Logan, O.

## Supreme Court Calendar

### GENERAL DOCKET
#### Tuesday, April 10

17663—The Toledo, Columbus and Ohio River Railroad Co. et al v. Victor D. Miller. Error; Cuyahoga county.

17675—Ola M. McEntire v. Mort G. McEntire. Error; Cuyahoga county.

#### Wednesday, April 11, 1923

17634—Chas. T. Elliott v. Christine Harding. Error; Butler county.

17723—Simon W. Bashore v. Dan H. Brown, treasurer, Darke county. Error.

### MOTION DOCKET
#### Thursday, April 12

17877—Orpha E. Eddy v. John F. Maher; Darke county. Motion to certify record.

17892—Chas. A. Eckert, Admr., v. the Refiners Oil Co.; Hamilton county. Motion to certify record.

17876—D. F. Bird et al v. the Board of Erucation of Bergholz Villiage School District et al; Jefferson county. Motion to certify record.

17874—The Withlein-Mann Co. v. Jennie McDonough; Hamilton county. Motion to certify record.

17878—Fillip Speiss et al v. Society for Savings; Cuyahoga county. Motion to certify record.

17873—Beatrice Yarus, a minor, etc., v. the Cleveland Railway Co.; Cuyahoga county. Motion to certify record.

17889—The Toledo Terminal Railroad Co. v. the Lake Shore Electric Railroad Co.; Lucas county. Motion to certify record.

#### Friday, April 13

17888—The Board of Vinton County Commissioners v. D. H. Pearce and Gard McLaughlin; Vinton county. Motion to certify record.

17902—Wilbur H. Dean v. Anna McMullin; Champaign county. Motion to certify record.

17901—Massachusetts Bonding and Insurance Co. v. the Ottawa Park Realty Co.; Lucas county. Motion to certify record.

17895—George Kuhn v. the Cincinnati Traction Co.; Hamilton county. Motion to certify record.

17898—William U. Cole v. Tesseline M. Cather; Franklin county. Motion to certify record.

17897—Stanley Roberts v. the Third National Exchange Bank of Sandusky; Wood county. Motion to certify record.

17899—The Canton Art Metal Co. v. Harvey O. Wiley. Admr.; Stark county. Motion to certify record.

## OPINIONS
### No. 248

PAYNE, D. G. of RAILROADS, etc., v. LIND
Ohio Supreme Court.
Nos. 17229 and 17230
(Decided Oct. 24, 1922)

This opinion has not been published except in Abstract

RAILROADS.—(1) Railroads taken over by the Federal government did not lose their identity—(2) Negligence in operating one system not attributable to director in operating another system—(3) Federal Employers' Liability Act does not apply when—(4) Error for court to charge "contributory negligence does not bar a recovery."

ROBINSON, J.:

#### Epitomized Opinion
Error to Hamilton County Court of Appeals

John Lind was employed about the Central Union Depot in Cincinnati to prepare trains of the C. C. C. & St. L. Ry. for departure and by an agreement of the two railway companies it was also Lind's duty to perform a similar service for the B. & O. Ry. While thus engaged Lind was fatally injured. The original action brought by Lind's widow was against the railway companies, but by order of the court Payne, the Director General of the railroad, was substituted for each defendant. The evidence indicates that the negligence of Lind and the Director

## LEGISLATIVE PROCEEDINGS

General operating the B. & O. Ry. contributed to cause of the injury. Held by Supreme Court in reversing judgment for Lind:

1. When the Federal government took over the operation of the railway systems of the U. S. and placed them under the management of the Director General of Railroads, the separate systems did not thereby lose their identity and become merged in a common entity.

2. The negligence of the Director General in the operation of one system of railroads is not attributable to the Director General in the operation of another system.

3. Where the relationship of employer and employe did not exist at the time the cause of action arose, the Federal Employers' Liability Act has no application and is not effective to change the law of the state with reference to contributory negligence.

4. When the Federal Employers' Act did not apply it is error for the court to charge that "contributory negligence does not bar a recovery" and to charge that recovery may be had in the proportion which the negligence of the defendant bears to the entire negligence of both plaintiff and defendant.

**Attorneys**—Harmon, Colston, Goldsmith & Hoadley, for Payne; Littleford & Ballard, for Lind.

# OHIO LEGISLATURE

### LEGISLATIVE INFORMATION BULLETIN

### OHIO STATE BAR ASSOCIATION

#### Robert C. Mason, Executive Secretary

#### State House Annex, Columbus, Ohio

### CHANGE IN LINE OF DESCENT

The House, Wednesday, passed S. B. 14, by Messrs. Garver and Jenkins. The bills amends GC. 8573 and 8577, providing for change in law of descent and distribution, so that real and physicial property of dead leaving no children shall go to parent for life. As the bill was amended in the House, it now goes back to the Senate for its concurrence with the House amendment.

### CLEVELAND'S MUNICIPAL COURT BILL PASSES

Without a dissenting vote, the Senate passed H. B. 144 by Mr. Morgan which provides for six additional municipal judges for Cleveland. Present indications are that two of the new judges are to be assigned to the criminal court and two to the conciliation department. The others to go to the civil branch.

As this measure went through the Senate unchanged, it will be ready for the Governor's signature as soon as it is engrossed and signed by the presiding officers of the House and Senate.

### GUARANTEE TITLE AND TRUST COMPANIES

The Senate passed S. B. 106 by Mr. Burch, to repeal section 9853 of the General Code which prohibits title guarantee and trust companies from doing business in any but home counties.

### TAFT'S TAXATION BILL HEARD IN SENATE COMMITTEE

Although the Senate Committee took no action, general sentiment seemed to favor the Taft taxation measure which, among other things, limits levies in cities to 17 mills and in rural communities to 14 mills. The objection was raised that 14 mills is too low for the rural sections and several cases were cited where the present rate exceeds 14 mills. Mr. Taft stated that the 14 mill provision worried him more than anything else in the bill.

Senator J. F. Burke, chairman of the Senate Taxation Committee, announced a public hearing on the Taft bill to be held next Wednesday night, March 21.

### DONAHEY'S PROPOSAL KILLED

Thursday afternoon the Legislature killed the first of the Governor's proposals to come before it. By a vote of 62 to 35, the House of Representatives voted to table H. B. 241 by Mr. Fox, requiring plans for school buildings to be approved by the Director of Education. Governor Donahey had made such recommendation in his message to the Legislature.

### SENATE AGAIN LIFTS BAR

Two new bills (now making a total of three) have been introduced in the Senate since permission by a three-fifths vote has been required for the introduction of new bills. Bills introduced are:

**Husband and Wife**—S. B. 280, Mr. McCoy—Providing for penitentiary terms of one to fifteen years for persons inducing wife or husband to abandon or desert husband or wife.

**Education**—S. B. 281, Mr. Kumer—Providing for education of children in hospitals for tuberculosis.

### BILLS PASSED IN THE HOUSE
#### March 13

**Automobiles**—H. B. 153, Mr. Knapp—Providing for deputy registrars in each country to receive automobile license fees and issue number plates.

**Election**—H. B. 275, Mr. McNamara—Providing that hours of registration of voters be from 1 to 9 o'clock in afternoon.

**Appeals**—H. B. 329, Mr. Ramey—Providing that police and firemen may appeal from decisions of Civil Service Commission to Court of Common Pleas.

**Land Ttitle**—H. B. 223, Mr. Rose—Providing for publication of Peter's Code of land titles in Ohio.

**Schools**—H. B. 227, Mrs. Clapp—Providing for teachers' training supervisors.

**Motion Pictures**—H. B. 406, Mr. Gordon—Increasing fines for exhibiting motion pictures not approved by censors. Passed 102 to 0.

**Frauds**—S. B. 104, Mr. Pence—To prevent the defrauding of innkeepers and hospitals.

### BILLS PASSED IN THE HOUSE
#### March 14

**Roads**—H. B. 299, Mr. Smith—Provides for repair of roads damages by hauling of material, etc., used in construction of other roads.

**Children**—H. B. 147, Mr. Vorys—Providing for disposal of neglected and homeless children.